IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALDRIDGE NOLAN**                                                          **PETITIONER**
Reg #44022-424

VS.                              NO. 2:23-CV-00070-BSM-ERE

**USA, *ET AL.*[1]**                                                        **RESPONDENTS**

## ORDER

On March 24, 2023, Aldridge Nolan, an inmate at the Federal Correctional Institution in Forrest City, Arkansas, filed a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241. *Doc. 1*. Respondent has now filed a response to the motion. *Doc. 6.*

Mr. Nolan has up to and including Friday, June 2, 2023, to file a reply addressing Respondent's arguments for dismissal.

So Ordered 19 May 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Because Petitioner is incarcerated at FCI – Forrest City, Arkansas, the proper Respondent is "C. Edge, Acting Warden FCI – Forrest City, Arkansas." *See* 28 U.S.C. § 2242 (habeas petition must name "the person who has custody over [the petitioner] and by virtue of what claim or authority").

Accordingly, the Clerk of the Court is directed to change Respondent to "C. Edge, Acting Warden FCI – Forrest City, Arkansas."