IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALDRIDGE NOLAN**                                                                            **PLAINTIFF**
**#44022-424**

v.                      **CASE NO. 2:23-CV-00070-BSM**

**C EDGE**                                                                                 **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, including Nolan's objections, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 10] is adopted, and Nolan's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice for failure to exhaust.

IT IS SO ORDERED this 3rd day of October, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE