IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALDRIDGE NOLAN**                                                                                       **PLAINTIFF**
**#44022-424**

v.                              **CASE NO. 2:23-CV-00070-BSM**

**C EDGE**                                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE